IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TEDERAL JEFFERSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-4638-L** |
| | § | |
| **ANGELO L. BROADNAX, JAMES** | § | |
| **MADISON, AND DALLAS COUNTY** | § | |
| **SHERIFF DEPARTMENT**, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

This case was referred to Magistrate Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 24, 2013, recommending that all claims by Plaintiff Tederal Jefferson ("Plaintiff") against the Dallas County Sheriff Department ("DCSD") be dismissed with prejudice for failure to state a claim upon which relief can be granted. Plaintiff filed objections to the Report on February 12, 2013; however, the objections do not cure the deficiencies noted in the Report as to DCSD. Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court therefore determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiff's objections and **dismisses with prejudice** his claims against DCSD.

**It is so ordered** this 9th day of July, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order –Solo Page**