# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **TEDERAL JEFFERSON,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:12-CV-4638-L** |
| § | |
| **ANGELO L. BROADNAX and** § | |
| **JAMES MADISON,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff Tederal Jefferson's ("Plantiff") *pro se* First Amended Complaint, filed on December 26, 2012.[*] This case was referred to Magistrate Judge Paul D. Stickney for pretrial management on November 20, 2012. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on July 2, 2014, recommending that Plaintiff's action be dismissed without prejudice for failure to comply with the court's order to file a notice of dismissal. No objections were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **determines** that the findings and conclusions are correct and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** Plaintiff's action.

---

[*] Plaintiff's original Complaint was filed on November 15, 2012.

**Order - Page 1**

**It is so ordered** this 30th day of July, 2014.

                                              _____
                                              Sam A. Lindsay
                                              United States District Judge

**Order - Page 2**